UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**SCOTTY DEAN MILLER,**

    **Plaintiff,**

**v.**                                                                              **Case No: 5:20-cv-58-PRL**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This matter is before the Court on Plaintiff's unopposed motion for attorney's fees. (Doc. 28). Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), Plaintiff requests an award of fees in the amount of $10,362.99, plus $905.00 for the cost of filing this action in both the district and appellate courts, as well as $103.92 for costs of copying the 11th Circuit brief and appendices. The attached schedules of hours confirm the attorney hours. (Doc. 28). Plaintiff represents that the Commissioner has no objection to his petition.

Plaintiff asserts that he is the prevailing party in this litigation, that the Commissioner's position in the underlying action was not substantially justified and that his net worth at the time proceeding was filed was less than two million dollars In accordance with the opinion of the United States Court of Appeals for the Eleventh Circuit (Doc. 26), this court entered judgment for Plaintiff under sentence four of 42 U.S.C. § 405(g).

Plaintiff attached a copy of the fee agreement (Doc. 28-2), which includes Plaintiff's assignment of EAJA fees to his counsel. In light of the assignment, Plaintiff requests (and Defendant agrees) that the payment should be made payable to Plaintiff and delivered to

Plaintiff's counsel unless Plaintiff owes a federal debt. If the U.S. Department of the Treasury determines that Plaintiff does not owe a federal debt, the government will accept Plaintiff's assignment of EAJA fees and pay fees directly to Plaintiff's counsel.

Pursuant to the provisions of the Equal Access to Justice Act (28 U.S.C. § 2412(d)), Plaintiff's petition for attorney's fees (Doc. 28) is hereby **GRANTED**. Plaintiff is awarded attorney's fees in the amount of $10,362.99, plus $905.00 for the cost of filing this action in both the district and appellate courts, as well as $103.92 for costs of copying the 11th Circuit brief and appendices. Payment is authorized to Plaintiff's counsel if the Commissioner determines Plaintiff does not owe a debt to the government.

**DONE** and **ORDERED** in Ocala, Florida on May 11, 2022.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties